UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

Eric Strait,

        Plaintiff(s),

vs.                                      Case Number: 14-cv-779-CVE-FHM

Shelter Mutual Insurance Company,

        Defendant(s).

## SETTLEMENT CONFERENCE REPORT

On 07/09/2015 a Settlement Conference was held in the captioned matter.

☑    The litigation was settled; within _10_ days of the date hereof, the Plaintiff and Defendant shall file:

      -- a Stipulation of Dismissal
      OR
      -- Agreed Judgment and
      Motion to Enter Agreed Judgment

☐    The litigation was not settled.

☐    Settlement negotiations are pending. The parties are to phone the undersigned by _:___ p.m. on _____, 2015.

DATED: 07/09/2015.

                                                  T. Lane Wilson
                                                  U.S. Magistrate Judge