IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Eric Strait, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 14-cv-779-CVE-FHM |
| Shelter Mutual Insurance Company ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that the above-styled and numbered action is hereby dismissed with prejudice with each party bearing its own costs and attorney's fees.

Respectfully submitted,

*/s/ Scott Tully*

Scott Tully, OBA# 13606
Tully Law Firm, LLC
2017 S. Elm Place Suite 107
Broken, Arrow, Oklahoma 74102
**Attorney for Plaintiff**

1

/s/

Whitney M. Eschenheimer, OBA No. 17025
Jonathan D. Cartledge, OBA No. 19062
JOHNSON & JONES, P.C.
2200 Bank of America Center
15 West Sixth Street
Tulsa, Oklahoma 74119
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on the 23 day of July, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing transmittal of a Notice of Electronic Filing to the Following ECF registrants:

Whitney M. Eschenheimer, OBA No. 17025
JOHNSON & JONES, P.C.
2200 Bank of America Center
15 West Sixth Street
Tulsa, Oklahoma 74119

Scott Tully, OBA# 13606
Tully Law Firm, LLC
2017 S. Elm Place Suite 107
Broken, Arrow, Oklahoma 74102

/s/